STATE v. FOWLER

No. 164A00

Case below: Mecklenburg County Superior Court

Motion by the State to dismiss capital appeal denied 24 August 2000 and the State's motion to impose sanctions is continued subject to further order of this Court.

STATE v. GOLPHIN

No. 441A98

Case below: Cumberland County Superior Court

Petition by defendants for writ of certiorari to review the order of the Superior Court, Cumberland County, denied 24 August 2000.

STATE v. GRAY

No. 205P00

Case below: 137 N.C.App. 345

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 24 August 2000.

STATE v. HARSHAW

No. 337P00

Case below: 138 N.C.App. 657

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 24 August 2000.

STATE v. HAWKINS

No. 214A00

Case below: Wilkes County Superior Court

Joint motion to withdraw petition for writ of certiorari allowed 24 August 2000. Petition by defendant for writ of certiorari to review the order of the Superior Court, Wilkes County, dismissed as moot 24 August 2000. Motion by defendant to withdraw petition for writ of certiorari dismissed as moot 24 August 2000. Motion by defendant to maintain sealed transcript of the ex parte portion of the hearing below dismissed as moot 24 August 2000.